```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 12818
    JOSALINDE K UNGER
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5170

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 05/20/2008 and was confirmed 07/21/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

    The case was dismissed after confirmation 12/22/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
ATLANTIC CREDIT & FINANC   UNSECURED        NOT FILED          .00           .00
BARCLAYS BANK DELAWARE     UNSECURED        NOT FILED          .00           .00
BILL ME LATE               UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT           UNSECURED          4268.08          .00           .00
CAPITAL ONE BANK           UNSECURED        NOT FILED          .00           .00
HOUSEHOLD BANK             UNSECURED          1909.57          .00           .00
CIT BANK                   UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT CORP      UNSECURED           837.04          .00           .00
HOME DEPOT                 UNSECURED        NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSECURED          3041.65          .00           .00
ECAST SETTLEMENT           UNSECURED          3336.19          .00           .00
HOUSEHOLD RETAIL SERVICE   UNSECURED        NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSECURED          2267.65          .00           .00
CHASE BANK                 UNSECURED           477.27          .00           .00
NATIONAL AMERICAN CREDIT   UNSECURED        NOT FILED          .00           .00
SBC BANKRUPTCY DEPT        UNSECURED        NOT FILED          .00           .00
PHARIA LLC                 UNSECURED           769.91          .00           .00
ROUNDUP FUNDING LLC        UNSECURED          2768.94          .00           .00
WEST ASSET MANAGEMENT      UNSECURED        NOT FILED          .00           .00
DELL FINANCIAL SERVICES    UNSECURED          2155.32          .00           .00
DOMINICKS                  UNSECURED        NOT FILED          .00           .00
SUPERVALU INC              UNSECURED        NOT FILED          .00           .00
FELD & KORRUB LLC          DEBTOR ATTY      3,000.00                       552.00
TOM VAUGHN                 TRUSTEE                                          48.00
DEBTOR REFUND              REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  600.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 12818 JOSALINDE K UNGER
```

```
PRIORITY                                                            .00
SECURED                                                             .00
UNSECURED                                                           .00
ADMINISTRATIVE                                                   552.00
TRUSTEE COMPENSATION                                              48.00
DEBTOR REFUND                                                       .00
                                   ---------------     ---------------
TOTALS                                      600.00              600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 08 B 12818 JOSALINDE K UNGER